# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1647
_____

SYED MOHAMMED I. HAIDER,

Appellant,

v.

1010 WAQF, INC.,

Appellee.

_____

On appeal from the County Court for Alachua County.
Jonathon D. Ramsey, Judge.


August 5, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Syed Mohammed I. Haider, pro se, Appellant.

No appearance for Appellee.